```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

RICARDO ROMAN                                              PLAINTIFF

V.                         NO. 08-5130

STATE OF ARKANSAS and
BENTON COUNTY SHERIFF'S
DEPARTMENT                                                 DEFENDANT

### O R D E R

Currently before the Court is the Plaintiff's **Motion to Dismiss (Doc. 2).** Plaintiff states that the relief he sought in his petition for habeas corpus is now moot. Upon due consideration, the motion is **GRANTED** and this case is hereby **DISMISSED.**

IT IS SO ORDERED this 19th day of June 2008.

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**